No. 661. SAVANNAH SUGAR REFINING CORP. v. UNITED STATES. March 13, 1933. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied.

*Messrs. Robert M. Hatch* and *Archibald B. Lovett* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Messrs. Whitney North Seymour* and *Wm. H. Riley, Jr.,* for the United States.